SUCESIÓN PAGÁN, DEMANDANTE Y APELANTE, *v.* RAMOS ET AL.,
DEMANDADOS, Y NADAL, INTERVENTORA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de Mayagüez
en pleito sobre reclamación y entrega de bienes muebles.
Moción sobre desestimación de apelación.

No. 2828.—Resuelto en diciembre 9, 1922.

JURISDICCIÓN—EXPOSICIÓN DEL CASO—PRÓRROGA VENCIDA—ESTIPULACIÓN. — La
corte de distrito carece de jurisdicción para conceder al apelante una pró-
rroga para radicar la exposición del caso cuando una anterior prórroga a
tal fin concedida había vencido; y la conformidad de la parte apelada, me-
diante estipulación, no confiere tal jurisdicción a la corte inferior.

Los hechos están expresados en la opinión.
Abogado de la apelante: *Sr. P. Fajardo.*
Abogado de la apelada: *Sr. A. A. Vázquez.*

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del
tribunal.

Diez días después de vencida una prórroga para radicar
la exposición del caso en la corte inferior, las partes hicie-
ron una estipulación para obtener una prórroga adicional de
quince días, contados a partir de la fecha del vencimiento de la

prórroga anterior, estipulación que fué aprobada por el juez sentenciador.

Después de radicada la transcripción de autos en esta corte la apelada solicitó la desestimación del recurso.

La corte de distrito carecía de facultades para conceder una prórroga después de vencido el término fijado en la orden anterior. *Claudio* v. *Ortiz*, 29 D. P. R. 435, y casos citados. Ni podían tampoco las partes mediante estipulación o consentimiento conferir tal jurisdicción: 3 C. J. 1074, 4 C. J. 504, 586.

Los únicos errores que han sido señalados en el alegato de la apelante, el cual fué radicado después de presentada la moción de desestimación, envuelven cuestiones relativas a la admisión y apreciación de la prueba.

Debe desestimarse la apelación.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Franco Soto.

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.